[No. 68859-6-I. Division One. April 29, 2013.]

*In the Matter of the Dependency of* J.N.C.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. DONNA LYNN RUBLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-7-02586-0, Jeffrey M. Ramsdell, J., entered April 26, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Verellen, JJ.

[No. 68953-3-I. Division One. April 29, 2013.]

*In the Matter of the Dependency of* K.T.H.-A.

TYWAN HILLIS, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-7-01365-9, James A. Doerty, J., entered June 1, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Leach, C.J., and Appelwick, J.

[No. 69108-2-I. Division One. April 29, 2013.]

ROBERT GUSTAVESON, *Appellant*, v. AMINA BABAYEV, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-3-06528-1, Bonnie Canada-Thurston, J. Pro Tem., entered July 3, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Dwyer, J., concurred in by Leach, C.J., and Appelwick, J.